JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MARIA NEUMAYER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY, and DOES 1 through 100, Inclusive,<br><br>Defendants. | Case No. 2:16-cv-03508 AB(ASx)<br><br>Assigned to the Hon. Andre Birotte, Jr.<br>Courtroom: 7B<br><br>**[PROPOSED] JUDGMENT RE DEFENDANT ALLSTATE INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY, MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>DATE: August 18, 2017<br>TIME: 10:00 a.m.<br>CTRM.: 7B<br><br>[Complaint Filed: March 29, 2016] |

Pursuant to the Order Granting Motion for Summary Judgment dated August 29, 2017, Docket No. 45, attached hereto as **Exhibit A**, and incorporated by reference herein, this Court granted summary judgment in favor of Defendant Allstate Insurance Company ("Allstate"). Consistent with the Order,

**IT IS HEREBY DECREED, ORDERED AND ADJUDGED** that:

1. Judgment is hereby entered in favor of Defendant Allstate Insurance Company and against Plaintiff Maria Neumayer on the Complaint filed by Maria Neumayer;

2. Plaintiff Maria Neumayer take nothing by way of her Complaint; and

3. Defendant Allstate Insurance Company shall be awarded its reasonable costs as decided by the Clerk of the Court upon the submission of a timely Application to Tax Costs in compliance with California Central District Local Rules, Local Rule 54 *et. seq.*

Dated: September 20, 2017

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE

-2-
Case No. 2:16-cv-03508 AB(ASx)
SMRH:483918642.1
JUDGMENT RE DEFENDANT ALLSTATE INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY, MOTION FOR SUMMARY ADJUDICATION